UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
YANTING WU,                                                        :
                                                                   :
                        Plaintiff,                                 :
                                                                   :
        -v-                                                        :            25-CV-10800 (JMF)
                                                                   :
IMMIGRANT INVESTOR PROGRAM OFFICE et al,    :            ORDER OF DISMISSAL
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of the parties' March 24, 2026 letter, *see* ECF No. 17, it is ORDERED that the
above-entitled action be and is hereby DISMISSED and discontinued without costs, and without
prejudice to the right to reopen the action **within sixty days** of the date of this Order if there is
anything to address or there remains a live dispute.

        To be clear, if there is any issue with Plaintiff's receipt of the documentation associated
with the approval of his I-485 or **any prejudice** to Plaintiff, Plaintiff may seek to reopen the
case.  That said, any application to reopen **must** be filed **by the aforementioned deadline**; any
application to reopen filed thereafter may be denied solely on that basis.  **Further, requests to
extend the deadline to reopen are unlikely to be granted.**

        If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any
settlement agreement, they **must** submit the agreement to the Court by the deadline to reopen to
be "so ordered" by the Court.  Per Paragraph 5.B of the Court's Individual Rules and Practices
for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to
enforce a settlement agreement unless it is made part of the public record.

Notwithstanding the foregoing, if the settlement in this action requires judicial approval — for example, because it involves a class action, *see* Fed. R. Civ. P. 23(e), "an infant or incompetent person," *see* Local Civil Rule 83.2(a), or claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, *see Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) — the parties **must** file a letter within **three business days** of the entry of this Order alerting the Court and proposing a schedule for seeking such approval.

Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case and to terminate ECF No. 17.

SO ORDERED.

Dated: March 26, 2026
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

2